NIV V. DAVIDOVICH, ESQ. (State Bar No. 247328)
CHARLIE Z. STEIN, ESQ. (State Bar No. 265361)
ELAN N. STONE, ESQ. (State Bar No. 243394)
SOLOMON SALEHANI, ESQ. (State Bar No. 315671)
**DAVIDOVICH STEIN LAW GROUP LLP**
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
Telephone:  (818) 661-2420
Facsimile:  (818) 301-5131
E-Mail(s):  niv@davidovichlaw.com
            charlie@davidovichlaw.com
            elan@davidovichlaw.com
            solomon@davidovichlaw.com

Attorneys for Plaintiff
ALEXANDER ALMANSKY and The Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEXANDER ALMANSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SING FOR SERVICE, LLC dba MEPCO; MATRIX WARRANTY SOLUTIONS, INC.; and ROAD AMERICA MOTOR CLUB, INC.; and DOES 1 through 100, inclusive;<br><br>Defendants. | CASE NO. 2:24-cv-04769-JAK-PVC<br><br>**JOINT REPORT RE SETTLEMENT** |

Plaintiff ALEXANDER ALMANSKY ("Plaintiff" or "ALMANSKY"), Defendant SING FOR SERVICE, LLC dba MEPCO ("Defendant" or "MEPCO"), and Defendant MATRIX WARRANTY SOLUTIONS, INC. ("Defendant" or "MATRIX") hereby jointly file this report regarding settlement of the matter.

To date, the parties have engaged in meaningful telephonic discussions regarding settlement. In fact, counsel has had other cases, with overlapping parties, that has settled in the last 60 days, and the parties are hopefully that this matter will reach settlement, as well. Additionally, there have been discussions regarding amending the complaint such that an additional defendant(s) shall be added to the instant action.

DATED: November 26, 2024    **DAVIDOVICH STEIN LAW GROUP LLP**

/s/ Solomon Salehani
By: _____
NIV V. DAVIDOVICH
CHARLIE Z. STEIN
ELAN N. STONE
SOLOMON SALEHANI
Attorneys for Plaintiff
ALEX ALMANSKY and The Proposed Class

DATED: November 26, 2024    **LOEB & LOEB, LLP**

/s/ Benjamin R. King
By: _____
BENJAMIN R. KING
Attorneys for Defendant
SING FOR SERVICE, LLC DBA MEPCO

-2-

Alexander Almansky v. Sing for Service, LLC, et al.          JOINT REPORT RE SETTLEMENT
Case No. 2:24−cv−04769−JAK-PVC