NIV V. DAVIDOVICH, ESQ. (State Bar No. 247328)
ELAN N. STONE, ESQ. (State Bar No. 243394)
**DAVIDOVICH STONE LAW GROUP LLP**
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
Telephone:  (818) 661-2420
Facsimile:   (818) 301-5131
E-Mail(s):   niv@davidovichlaw.com
             elan@davidovichlaw.com

Attorneys for Plaintiff
ALEXANDER ALMANSKY and The Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEXANDER ALMANSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SING FOR SERVICE, LLC dba MEPCO; MATRIX WARRANTY SOLUTIONS, INC.; and ROAD AMERICA MOTOR CLUB, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:  2:24-cv-04769-JAK-PVC<br><br>**STIPULATION FOR DISMISSAL** |

///

///

///

Plaintiff ALEXANDER ALMANSKY and Defendant SING FOR SERVICE, LLC dba MEPCO ("Defendant"), by and through their counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed in its entirety without prejudice as to all claims and causes of action pled against Defendant, only, with each party bearing that party's own attorney's fees and costs.

DATED: January 17, 2025   **DAVIDOVICH STONE LAW GROUP LLP**

By: /s/ Elan N. Stone
    NIV V. DAVIDOVICH
    ELAN N. STONE
    Attorneys for Plaintiff
    ALEX GURALNIK and The Proposed Class

DATED: January 17, 2025   **LOEB & LOEB, LLP**

By: /s/ Benjamin R. King
    BENJAMIN R. KING
    Attorneys for Defendant
    SING FOR SERVICE, LLC DBA MEPCO