# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER ALMANSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SING FOR SERVICE, LLC dba MEPCO; MATRIX WARRANTY SOLUCTIONS, INC. and ROAD AMERICA MOTOR CLUB, INC. and DOES 1 through 100 inclusive,<br><br>Defendants. | No. 2:24-CV-04769-JAK (PVCx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL (DKT. 50)**<br><br>**JS-6** |

1

Based on a review of the Stipulation for Dismissal (the "Stipulation" (Dkt. 50)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

The action is dismissed in its entirety without prejudice as to all claims and causes of action pled against Defendant Sing for Service, LLC. The parties shall bear their own respective attorney's fees and costs with respect to the claims as to Defendant Sing for Service, LLC.

**IT IS SO ORDERED.**

Date: January 21, 2025

_____

John A. Kronstadt

United States District Judge